### REUBEN BROWN V. THE STATE.

No. 19628. Delivered April 6, 1938.

The opinion states the case.

*McCoy & Brady,* of Houston, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for burglary; punishment assessed being 12 years in the penitentiary.

No statement of facts is brought forward. The only exceptions relate to complaints of the court's charge and the refusal of a requested charge. Obviously, this Court is in no position to appraise said objections in the absence of the facts.

The judgment is affirmed.